**UNITED STATES, Plaintiff–Appellee,**

v.

**Martha MATTHEWS (also known as Martha O'Grady), North Star Metals, LLC, Daniel McGuire, and McGuire Steel Erection Corp., Defendants/Third–Party Plaintiffs–Appellants,**

v.

**Tae Bak Resources Co., Ltd. and Haesung Corp., Third–Party Defendants–Appellees.**

No. 2009–1106.

United States Court of Appeals, Federal Circuit.

July 22, 2009.

Stephen C. Tosini, Attorney, Commercial Litigation Branch, Civil Division, United States Department of Justice, of Washington, DC, argued for plaintiff-appellee. With him on the brief were Michael F. Hertz, Acting Assistant Attorney General, Jeanne E. Davidson, Director, and Patricia M. McCarthy, Assistant Director. Of counsel was Kevin M. Green, Assistant Chief Counsel, United States Customs and Border Protection, of New Orleans, LA.

Lawrence W. Hanson, The Law Office of Lawrence W. Hanson, P.C., of Houston, TX, argued for defendants/third-party plaintiffs-appellants.

NEWMAN, MAYER, and PROST.

### Judgment

PER CURIAM.

This CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

AFFIRMED. *See* Fed. Cir. R. 36.